UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DAWN R. LIND, | Case No.: 3:11-cv-01340-HA |
| Plaintiff, | JUDGMENT |
| v. | |
| FIDELITY NATIONAL TITLE COMPANY; AMERICAN HOME MORTGAGE SERVICING, INC.; WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GREENPOINT MTA TRUST 2006-AR3; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and LSI TITLE COMPANY OF OREGON, LLC, an Oregon limited liability company, | |
| Defendants. | |

HAGGERTY, District Judge:

Based upon the Stipulated Judgment [16] submitted by the parties, THIS MATTER IS HEREBY DISMISSED without prejudice on the grounds of mootness, and without an award of costs or attorney fees to any party.

IT IS SO ORDERED.

DATED this 19 day of June, 2012.

                                              Ancer L. Haggerty
                                        United States District Judge

1 -- JUDGMENT